JOHN I. VAN BLARCOM et al., complainants-respondents,

*v.*

IRENE VAN BLARCOM et al., defendants-appellants.

[Decided May 11th, 1938.]

*Mr. Nathan Goldberg (Mr. Abraham Brenman,* of counsel), for the appellants.

*Messrs. Beggs & Grimshaw,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion delivered by Vice-Chancellor Lewis in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 15.

*For reversal*—None.